SIMEON RYDER, CHARLES L. FROST, and WINTHROP S. GILMAN, appellants, *v.* VARNER K. STEVENSON, appellee.

*Appeal from Madison.*

Where an appeal is taken in the name of two of three defendants, and the bond is executed by only one of the appellants, and the other defendant who did not appeal, the appeal will be dismissed.

(1) 6 Term R. 57.          (2) 2 Johns. 274.          (3) 19 Johns. 322.

J. W. CHICKERING, for the appellee, moved to dismiss the appeal, because Charles L. Frost, one of the appellants, had not executed the appeal bond.

Judgment was rendered in the Court below at the April term, 1842, in favor of the appellee against the appellants, as garnishees of one John Anderson, for $318.64 and costs. Ryder and Frost prayed an appeal which was granted to them, "upon their entering into bond in thirty days in the sum of five hundred dollars, conditioned according to law, with Horatio B. Bowman and E. D. Topping, as sureties." The bond was filed in due time, executed by Ryder, Gilman, Bowman, and Topping.

The motion was allowed, and the appeal dismissed.

*Motion sustained.*